**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   : No. 51 WM 2022
:
Respondent   :
:
:
:
v.   :
:
:
ZAIRE HATCHIN,   :
:
Petitioner   :

## ORDER

**PER CURIAM**

**AND NOW**, this 3rd day of April, 2023, the Application for Leave to File Original Process and the Petition for Writ of Habeas Corpus are DISMISSED. *See Commonwealth v. Reid*, 642 A.2d 453 (Pa. 1994) (indicating that hybrid representation is not permitted). The Prothonotary is DIRECTED to forward the filings to counsel of record.